IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN MCCALLUM, | : | Civil Action No. 4:13-CV-0266 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendant. | : | |

**ORDER**

May 23, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the March 14, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 10. No objections have been filed.

Plaintiff filed a Motion to File an Amended Complaint, a Supplement Amended Complaint and an Amended Document. ECF Nos. 12-14.

Because the recommendation was for plaintiff to file an amended complaint, which plaintiff has done, the undersigned will adopt the report and recommendation and remand the case back to Magistrate Judge Schwab.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's March 14, 2013 Report and Recommendation is ADOPTED in full. ECF No. 10.

2. The action is remanded to Magistrate Judge Schwab for further proceedings including disposition of the pending Motion to Amend the Complaint. ECF No. 12.

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge
